Case 12-36206-LMI    Doc 56    Filed 03/19/13    Page 1 of 3



**ORDERED in the Southern District of Florida on March 19, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>Miami</u>  DIVISION
www.flsb.uscourts.gov

In re:  Martha Perez                        Case No: 12-36206 LMI
                                            Chapter 13

_____Debtor_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY DEBTOR**

THIS CASE came to be heard on March 5, 2013, on the Debtor's *Amended Motion to Value and Determine Secured Status of Lien on Real Property* (DE 46) the "Motion").

Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.    The value of the debtor's real property (the "Real Property") located at 14634 SW 128th Court Road, Miami, FL 33186, and more particularly described as

> Lot 12, Block 11 of Deerwood Part IV
> according to the Plat thereof, as recorded in

LF-92 (rev. 01/08/10)            Page 1 of  3

        Plat Book 131 at Page 30 of the Public
        Records of Miami-Dade County, Florida

is $ 111,658.00 at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of Bank of America as Servicer for the Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificate Holders of CWHEQ Inc., Home Equity Loan Assetbacked Certificates, Series 2006-S6 (the "Lender") is $ 289,397.06.

    C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ __0__ and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 0 .

3. Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on August 28, 2006, OR Book 24861 Page 1651 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.

4. (Select only one):

        ___ Lender has not filed a proof of claim in this case. The trustee shall

        not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

      __ X __  Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 71,627.02, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:
LEGAL SERVICES OF GREATER MIAMI, INC.
By _____/s/_____
    Carolina A. Lombardi
    Florida Bar No.  241970
    Attorney for Debtor
    3000 Biscayne Boulevard  Suite 500
    Miami, FL 33137
    Telephone: (305) 438-2427
    Facsimile: (305) 438-2427
    Primary Email: CLombardi@lsgmi.org

Attorney Carolina A. Lombardi is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.