

**ORDERED in the Southern District of Florida on March 19, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: Martha Perez

        Case No. 12-36206
        Chapter 13

Debtor.
_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO SUBSTITUTE COUNSEL

THIS CAUSE came to be heard on Debtor's Ex-Parte Motion to Substitute Counsel, and it is **ORDERED** that:

1.    Debtor's Ex-Parte Motion to Substitute Counsel is granted and attorney Carolina A. Lombardi is allowed to substitute for Siobhan Grant as counsel for the debtor.

### # # #

Attorney Carolina A. Lombardi is directed to mail a conformed copy
of this Order to all interested parties immediately upon receipt of this Order.