## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida (Miami)

IN RE:                                                          Case No.:     12-36206

Debtors: Martha Perez                              Loan Number (Last 4):     5524


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nationstar Mortgage, LLC | The Bank of New York Mellon et al |
| | Prober & Raphael |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 8 |
| Lewisville, TX 75067 | Amount of Claim:     $71,627.02 |
| | Date Claim Filed:     12/26/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   7968 |
| Last Four Digits of Acct #:  5524 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive

Lewisville, TX 75067


Phone:   877-782-7612

Last Four Digits of Acct #:   5524


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:   /s/ Megan Koza                                                  Date:   10/07/2014

   Assistant Secretary

   (Filed by: Michael Daniels)


Specific Contact Information:

P: 877-782-7612

Megan.Koza@nationstarmail.com


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


451923-3cbd7e9b-50e3-472b-b1ac-38c1bdc24b1b