

ORDERED in the Southern District of Florida on October 14, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:  CASE NO.: 12-36206-LMI
CHAPTER 13

MARTHA PEREZ,

    Debtor.
_____/

### AGREED ORDER SUBSTITUTING COUNSEL

This matter came before the Court upon the Joint Motion to Substitute Counsel [Docket No. 62 ] and, based on the record, it is

ORDERED:

1. The Joint Motion to Substitute Counsel is Granted.

2. Raychelle Tasher, Esq. shall substitute as attorney of record for Creditor, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-WMC2.

3. Anila Rasul, Esq. is removed as attorney of record and shall be relieved of any further responsibility related to Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-WMC2 in this case.

# # #

14-55924 - JoV

Raychelle Tasher is directed to serve a copy of this order on the following parties and file a certificate of service:

Martha Perez
14634 SW 128th Court Road
Miami, FL 33186

Carolina A Lombardi
3000 Biscayne Blvd # 500
Miami, FL 33137

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz and Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Ste. 100
    Boca Raton, FL 33487
    Telephone: (561) 241-6901
    Facsimile:  (561) 241-9181

    /s/Raychelle Tasher
    Raychelle Tasher, Esq.
    FBN. 109291
    Email:rtasher@rasflaw.com

14-55924 - JoV