**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION**

IN RE:  CASE NO.: 12-36206-LMI
  CHAPTER 13
**MARTHA PEREZ**

    **Debtor(s).**
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

    PLEASE TAKE NOTICE that the following substitution of counsel is made as of the effective date below, on behalf of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-WMC2.**

| Original Counsel/Address: | Substitution Counsel/Address: |
|---|---|
| Raychelle Tasher, Esq | Audrey J. Dixon, Esq |
| Formerly of Robertson, Anschutz & Schneid, P.L. | Robertson, Anschutz & Schneid, P.L. |
| 6409 Congress Ave., Suite 100 | 6409 Congress Ave., Suite 100 |
| Boca Raton, FL 33487 | Boca Raton, FL 33487 |

Effective Date of Substitution: April 23, 2015

| Original Attorney | Substituting Attorney |
|---|---|
| By: /s/ Raychelle Tasher | /s/ Audrey J. Dixon |
| Raychelle Tasher, Esquire | Audrey J. Dixon, Esquire |
| FBN: 109291 | FBN: 39288 |




14-55924 - JaR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June, 2015 I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as indicated below:

Martha Perez
14634 SW 128th Court Road
Miami, FL 33186

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

                                                                    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                                    Attorney for Secured Creditor
                                                                    6409 Congress Ave., Suite 100
                                                                    Boca Raton, FL 33487
                                                                    Tel: 561-241-6901
                                                                    Fax: 561-997-6909
                                                                    Email: mail@rasflaw.com

                                                                    /s/ Audrey J. Dixon
                                                                    Audrey J. Dixon, Esquire
                                                                    FBN: 39288

14-55924 - JaR