**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    MARTHA PEREZ,                     Case No.12-36206- LMI

                                            Chapter 13

            Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2015 a true and correct copy of

Debtor's Forth Modified Plan (DE 85); was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Audrey J. Dixon, Esq. on behalf of Creditor Deutsche Bank Nat Trust Co
audrey.dixon@rasflaw.com, bkyecf@rasflaw.com;jmora@rasflaw.com

Andrew D Goldberg, Esq on behalf of Creditor Federal National Mortgage Association
bkmail@rosicki.com

Dean R. Prober, Esq. on behalf of Creditor Bank of America, N.A. c/o Prober &
Raphael, A Law Corporation
cmartin@pralc.com

Lisa B Singer on behalf of Creditor Federal National Mortgage Association
bkmail@rosicki.com

Jason A. Weber, Esq. on behalf of Creditor Federal National Mortgage Association
jweber@sirote.com, aravix@sirote.com;rengineer@sirote.com

Case No. 12-36206 LMI
Page 2

**and mailed to:**

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131

Nationstar Mortgage, LLC.
PO Box 630267
Irving, TX 75063

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

Taji Senu Foreman
Kahane and Associates
8201 Peters Rd Ste 3000
Plantation, FL 33324-3292

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Respectfully submitted,

    LEGAL SERVICES OF GREATER MIAMI, INC.

    By /s/ Carolina A. Lombardi
      Carolina A. Lombardi
      Florida Bar No. 241970
      Attorney for Debtor
      3000 Biscayne Boulevard, Ste. 500
      Miami, FL 33137
      Telephone: (305) 438-2427
      Fax: (305) 573-5800
      Email: Clombardi@legalservicesmiami.org
      Alt: Sfreire@legalservicesmiami.org;