

**ORDERED in the Southern District of Florida on October 30, 2016.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No.  12-36206
                                                          Chapter 13
Martha Perez
_____Debtor(s)_____/

### ORDER SUSTAINING TRUSTEE's OBJECTION TO CLAIM 13
### FILED BY Internal Revenue Service ("IRS")

This matter having been considered without hearing upon the Trustee's Objection to Claim[s] [DE #__98__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Trustee's objection[s] to the following claim[s] is [are] sustained as

LF-25 (rev. 12/01/15)

Claim number 13 filed by Internal Revenue Service ("IRS") is stricken and disallowed as the creditor has rejected funds and abandoned the claim. The Trustee shall make no further distributions to this creditor.

###

**Submitted by:**

      NANCY K. NEIDICH, ESQUIRE
      STANDING CHAPTER 13 TRUSTEE
      P.O. BOX 279806
      MIRAMAR, FL 33027-9806

Nancy K Neidich, Esq, Chapter 13 Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)