# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.:  12-36206-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

MARTHA PEREZ

DEBTOR_____/

### NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **December 05, 2017** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 8, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 17th day of November, 2017.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
CASE NO.:  12-36206-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
MARTHA PEREZ
14634 SW 128TH COURT RD
MIAMI, FL  33186

**ATTORNEY FOR DEBTOR**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134

**CAROLINA A. LOMBARDI, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.